UNITED STATES of America,
Plaintiff–Appellee,

v.

Bernardo Florentino SANCHEZ,
Defendant–Appellant.

No. 06–41591

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 29, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Alonzo Ramos, Laredo, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

Bernardo Florentino Sanchez appeals the sentence following his guilty-plea conviction for a 2003 charge of possession with intent to distribute over 100 kilograms of marijuana. The judgment of the district court is AFFIRMED for the reasons stated in the opinion this day filed: *United States of America v. Bernardo Sanchez,* —— Fed.Appx. ——, 2007 WL 3208778 (5th Cir.2007). AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.